DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **RONNIE GARCIA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 23-00007 |
| ) | |
| **CRUZAN VIRIL, LTD., BEAM SUNTORY,** ) | |
| **INC., AYANDA DANIELS, CRUZAN RUM** ) | |
| **DISTILLERY, UNITED INDUSTRIAL** ) | |
| **WORKERS OF THE SEAFARERS** ) | |
| **INTERNATIONAL UNION, AFL-CIO, and** ) | |
| **EUGENE IRISH,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**Appearances:**
**Ronnie Garcia,** *Pro Se*

**Micol L. Morgan, Esq.**
St. Thomas, U.S.V.I.,
    *For Cruzan VIRIL, Ltd., Beam Suntory, Inc.,*
    *Ayanda Daniels, and Cruzan Rum Distillery*

**John J. Merchant, Esq.**
St. Croix, U.S.V.I.
    *For United Industrial Workers of the*
    *Seafarers International Union, AFL-CIO, and*
    *Eugene Irish*

## ORDER

THIS MATTER comes before the Court on Magistrate Judge Emile A. Henderson III's Report and Recommendation ("R&R") (Dkt. No. 57), in which the Magistrate Judge recommends that the Court grant Cruzan Viril, Ltd., Beam Suntory, Inc., and Ayanda Daniel's ("Cruzan Defendants") Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss") without prejudice (Dkt. No. 41).

**UPON CONSIDERATION** of Magistrate Judge Henderson's R&R, and for the reasons stated in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Henderson's R&R (Dkt. No. 57) is **ADOPTED**; and it is further

**ORDERED** that Cruzan Viril, Ltd., Beam Suntory, Inc., and Ayanda Daniel's "Motion to Dismiss Plaintiff's Amended Complaint" (Dkt. No. 41) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint (Dkt. No. 13) is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff shall have forty-five (45) days from the date of this Order, up to and including March 30, 2026, to file a Second Amended Complaint; and it is further

**ORDERED** that the March 2, 2023 Report & Recommendation (Dkt. No. 11) is **VACATED** and the Objections thereto (Dkt. No. 20) are **DENIED AS MOOT**.

**SO ORDERED**.

Date: February 13, 2026                             _____/s/_____
                                                    WILMA A. LEWIS
                                                    Senior District Judge